IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CEMEN TECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE G.W. VAN KEPPEL COMPANY, <br><br> Defendant. | Case No. 4:26-cv-00068 <br><br><br> **UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

COMES NOW, Plaintiff Cemen Tech, Inc., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 34 submits this Unopposed Motion for Entry of Stipulated Protective Order, stating:

1.     The parties have determined that some documents and information to be produced in the course of discovery in this action will include confidential matters relating to the parties, including, but not limited to, confidential and/or proprietary business information.

2.     The attached Stipulated Protective Order is designed to protect the confidential nature of such information.

3.     The parties have conferred regarding the attached Stipulated Protective Order and have agreed that the Stipulated Protective Order is reasonable and would facilitate orderly discovery in this action. The parties have agreed to the terms in the Stipulated Protective Order.

4.     Counsel for Defendant The G.W. Van Keppel Company has reviewed this Motion and consents to the same.

1

WHEREFORE, Plaintiff Cemen Tech, Inc. respectfully requests this Court grant this Unopposed Motion for Entry of Stipulated Protective Order, enter and adopt the Stipulated Protective Order in the form attached, and for such further relief as is just under the circumstances.

Dated: April 28, 2026                    Respectfully submitted,

                                         /s/ Michael A. Dee
                                         Michael A. Dee, AT0002043
                                         Sean P. Moore, AT0005499
                                         Austin D. Michel, AT0016212
                                         Dakota J. Farquhar, AT0015734
                                         BROWN, WINICK, GRAVES, GROSS AND
                                         BASKERVILLE, P.L.C.
                                         666 Grand Avenue, Suite 2000
                                         Des Moines, IA 50309-2510
                                         Telephone:  (515) 242-2400
                                         Facsimile:   (515) 283-0231
                                         Email: michael.dee@brownwinick.com
                                         Email: sean.moore@brownwinick.com
                                         Email: austin.michel@brownwinick.com
                                         Email: dakota.farquhar@brownwinick.com

                                         ATTORNEYS FOR PLAINTIFF,
                                         CEMEN TECH, INC.

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 28, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will serve all counsel of record.

*/s/Brooke E. Johnson, Legal Assistant*