**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION**

CEMEN TECH, INC.,

        *Plaintiff,*

v.

THE G.W. VAN KEPPEL COMPANY,

        *Defendant.*

Case No. 4:26-cv-00068-RGE-WPK

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, a true and accurate copy of Defendant, The G.W. Van Keppel Company's Initial Disclosures were served via electronic mail upon the following counsel of record:

Michael A. Dee at michael.dee@brownwinick.com

Austin D. Michel at austin.michel@brownwinick.com

Dakota Farquhar at dakota.farquhar@brownwinick.com

Sean P. Moore at sean.moore@brownwinick.com

        Respectfully Submitted,

        JOSEPH HOLLANDER & CRAFT LLC

        By:   /s/ Christopher M. McHugh
              Christopher M. McHugh – *pro hac vice*
              926 N. Cherry Street
              Kansas City, Missouri 64106
              P: (816) 223-8213
              E: cmchugh@josephhollander.com

And

Houghton Bradford Whitted PC, LLO

By:    /s/ Keith A. Harvat
        Keith A. Harvat - AT00 10844
        6457 Frances Street, Suite 100
        Omaha, Nebraska 68106
        P: (402) 344-4000
        E: kharvat@houghtonbradford.com

        *Attorneys for The G.W. Van Keppel Company*


## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, I electronically filed the foregoing Certificate of Service with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following attorneys of record:

Michael A. Dee at michael.dee@brownwinick.com
Austin D. Michel at austin.michel@brownwinick.com
Dakota Farquhar at dakota.farquhar@brownwinick.com
Sean P. Moore at sean.moore@brownwinick.com

        /s/ Christopher M. McHugh